## Exhibit A to the Complaint

**Location:** Edison, NJ  **IP Address:** 68.197.70.147
**Total Works Infringed:** 26  **ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3D74ED835F96851E1D872CDFE806172D31D58719<br>File Hash:<br>7B227EC52AD2947808AB5AD555CF7AA03E6DB078ECD67581F63553D60156E5A0 | 06-12-2023 14:08:07 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 2 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash:<br>EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 06-05-2023 03:34:58 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 3 | Info Hash: 8E6BB02CD149633559388FBF5770D2141BC060CB<br>File Hash:<br>702B7BF6362EB81A8C19D53B7C24D08FD012F90BE86128205638FEF6213A216C | 05-16-2023 00:22:56 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 4 | Info Hash: 677F8707DBCE02AAF8615B7675703C68B74375B2<br>File Hash:<br>F99690C46146A04890C3C77277A19B20D03C814AF12000C32AFBCC114EB2C37E | 05-08-2023 10:52:55 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 5 | Info Hash: 35715998120E4934BEEFD7F4F50AAF323FDE732E<br>File Hash:<br>255FDF4A2DFC3D182BEA301C297B889372478C7B59B9AC82AEC038D065CE14EF | 04-20-2023 13:25:41 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 6 | Info Hash: 54DDB381DB9B297FF4391C512E27E1628E1BF7C9<br>File Hash:<br>C98C2FC3BD3645DB139308EE16424892DCD2FAC80768CEA3B2B4D8BA84A17BF6 | 04-12-2023 00:14:34 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 7 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash:<br>FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 03-07-2023 04:03:59 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |
| 8 | Info Hash: 1A26A196358C2C12445BC8122570365DEE727A70<br>File Hash:<br>A5E4E4AA26374FE74D4F62B1BBBF99AD26104A1B6A6CEEE59E75309D3022702E | 03-03-2023 14:10:38 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 9 | Info Hash: BCEE2B201E8BE86D6E309C344A3457EA1E53277D<br>File Hash:<br>E808D4CC998B33A513DD7C925B248A79D8F7D6D757C4E455A6806258CABE4D63 | 02-12-2023 02:58:45 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 10 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash:<br>B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 02-12-2023 01:46:52 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 11 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash:<br>D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 01-14-2023 04:51:25 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash: 72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 12-27-2022 05:42:16 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 13 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash: 5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 12-27-2022 05:41:41 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 14 | Info Hash: 97DCF54C3B73D6BBDE490D88743A0C7DA092825E<br>File Hash: 11C2339FD910A4AB8D4A9F3CA3B45EE159ECA49E9EB522347DDD4662AC879B43 | 12-23-2022 04:36:13 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 15 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash: 12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 12-23-2022 04:36:08 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 16 | Info Hash: 649357DB13B2B11CDE20AFDA507F0BA540C1E838<br>File Hash: 2432AC32CA81B94D6B4F8A68B7954E9E5027BA19DECAF036B6C7B3CBEC93178F | 12-19-2022 02:18:20 | Tushy | 05-08-2022 | 05-20-2022 | PA0002350382 |
| 17 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash: 902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12-18-2022 04:39:20 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 18 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash: CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 12-18-2022 04:37:51 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 19 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash: 9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 12-10-2022 05:05:18 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 20 | Info Hash: 43895C16236A6AD40F41D1A81D6F469DFD9E4B2D<br>File Hash: DF629E1E14C9CBD62202A90F4996C5DE6462B28923D549010F5E936AD768A87A | 11-23-2022 15:25:46 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 21 | Info Hash: 338981A824928AA763B9E3D9BDE9D25FD5AE168F<br>File Hash: 6D891684FA81001D494C68013471143BBC4D3997873DD9640460F3F031CF7CCA | 11-14-2022 03:09:02 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 22 | Info Hash: 5FAD5594FE08DB19A522B5FE69ACEC5092BCE70E<br>File Hash: 6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 11-12-2022 14:09:07 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 23 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 11-12-2022 04:55:11 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 1A8DCF0C152304F2BB246BDB17F0F9BF1AF0A33F<br>File Hash:<br>87E07A405D15190CACF4C8AFA342BFB1677B86EBD7E48AF6A36013DE4CB7A190 | 11-12-2022 04:50:29 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 25 | Info Hash: 64B1CF36E0BBEFE524F9B00D3AB3C4CEE30A32D1<br>File Hash:<br>E8D4C642319F403863E24B67B627565E176F423D267D0D2BD62D15D320E71989 | 11-06-2022 12:19:06 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 26 | Info Hash: 68FE67AB258A0D6022E32F1150E9C35596E4E767<br>File Hash:<br>EDAC6D7360617F459F5927A39F705009B879937E579E603D4CCCD1A9E44A3110 | 10-25-2022 11:23:36 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |